# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3493

_____

|                          |   |                              |
|--------------------------|---|------------------------------|
| Charles D. Reach, Jr.,   | * |                              |
|                          | * |                              |
|    Appellant, | * |                          |
|                          | * |                              |
| v.                       | * | Appeals from the United States |
|                          | * | District Court for the Western |
| AlliedSignal, Inc.,      | * | District of Missouri          |
|                          | * |                              |
|    Appellee. | * | [UNPUBLISHED]               |

_____

Submitted: April 10, 2001
Filed: June 14, 2001

_____

Before LOKEN, Circuit Judge, GOLDBERG[1] and BOGUE,[2] District Judges.[3]

_____

PER CURIAM.

_____

[1]The Honorable Richard W. Goldberg, Senior Judge for the United States Court of International Trade, sitting by designation.

[2]The Honorable Andrew W. Bogue, Senior United States District Judge for the District of South Dakota, sitting by designation.

[3]Pursuant to 28 U.S.C. § 46(b), the Chief Judge certified the existence of a judicial emergency necessitating the designation of a panel consisting of fewer than two members of the Court of Appeals.

Charles D. Reach, Jr. was terminated as part of a reduction-in-force from his employment with AlliedSignal, Inc. Reach alleged he was terminated because he took leave under the Family and Medical Leave Act. The district court concluded that his disability was not the determining factor in his termination and no causal connection existed between the leave and the termination.

After a careful examination of the record, this Court finds there was sufficient evidence to support summary judgment in favor of AlliedSignal. The district court, therefore, properly granted the motion for summary judgment as no material facts were in dispute. Under Eighth Circuit Rule 47B, no further commentary is warranted.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.